**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **In re 2000 Sugar Beet Crop Insurance Litigation** | ) | **File Nos. 01-CV-1629 (JMR/FLN)** |
| | ) | **01-CV-1630** |
| | ) | **01-CV-1632** |
| | ) | **01-CV-1633** |
| | ) | **01-CV-1634** |
| | ) | **01-CV-1635** |
| | ) | **01-CV-1636** |
| | ) | **01-CV-1637** |
| | ) | **01-CV-2242** |
| | ) | **02-CV-0985** |
| | ) | |
| | ) | **(This document relates to all of the above cases except 01-CV-2242.)** |

**STIPULATION AND ORDER**

Plaintiffs and Defendants, by and through their undersigned counsel, do hereby stipulate and agree to permit Defendants to amend their Answer, Affirmative Defenses and Third-Party Complaint as requested in the Motion to Amend served and filed by Defendants in the above-referenced matters on August 30, 2002.

Dated: September 19, 2002

DORSEY & WHITNEY LLP

By: ______________________
George G. Eck, #025501
Daniel J. Brown, #298992

220 South Sixth Street, Suite 1300
Minneapolis, Minnesota 55402-1498
(612) 340-2600

Attorneys for Plaintiffs in Case Nos. 01-CV-1629 – 01-CV-1636, 01-CV-1688

FILED SEP 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: September 19, 2002

BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.

By: Dale M. Wagner

Dale M. Wagner, #113554
Mark P. Hodkinson, #159189

3550 Multifoods tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

Attorneys for Plaintiffs in Case No. 01-CV-1537

Dated: September 19, 2002

WINTHROP & WEINSTINE, P.A.

By: [signature]

Thomas H. Boyd (#200517)

3200 Minnesota World Trade Center
30 East Seventh Street
St. Paul, Minnesota 55101
(651) 290-8400

and

By: /s/ THB

P. John Owen (KS Bar #11835;
MO Bar #22523)

National Crop Insurance Services, Inc.
7201 West 129th Street, Suite 200
Overland Park, KS 66213
(913) 685-2767
Fax: (913) 685-3080

STINSON MORRISON HECKER LLP

By: /s/ THB
Matthew J. Salzman (KS Bar #19460;
MO Bar #50774; IN Bar #18868-49)
Jennifer J. Coleman (MO Bar #0052426;
KS Bar #20111)

2600 Grand Avenue
Kansas City, MO 64108-4606
(816) 691-2600
Fax: (816) 474-4208

Kristin L. Farnen (AZ Bar # 16177;
MO Bar # 30620; KS Bar #17517)
1850 N. Central Ave., Suite 2100
Phoenix, AZ 85004-4584
Direct: (602) 212-8526
(602) 279-1600
Fax: (602) 240-6925

Attorneys for Defendants

Dated: September 19, 2002

WILLSON & PECHACEK, P.L.C.

By: /s/ THB
Frank W. Pechacek, Jr.

421 West Broadway
Suite 200
P.O. Box 2029
Council Bluffs, Iowa 51502
(712) 322-6000

Attorneys for Defendants and Third-Party Plaintiffs

**ORDER**

Based on the foregoing stipulation of the parties,

IT IS HEREBY ORDERED:

1. Defendants' Motion to Amend Answer, Affirmative Defenses and Third-Party Complaint is GRANTED; and

2. Defendants shall serve and file their Amended Answer, Affirmative Defenses and Third-Party Complaint within ten (10) days of the date of this Order.

Dated: September 25, 2002

Franklin L. Noel

Honorable Franklin L. Noel
United States Magistrate Judge

idmsstp:663982_1