**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

01-CV-1630 (PAM/SRN)
Kenneth Abbas, et al. v. IGF Insurance Company
v. Federal Crop Insurance Corporation

I hereby certify that on July 19, 2004, I caused the following documents:

Notice of Order of Liquidation

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

George G. Eck / eck.george@dorseylaw.com
Fredrich A. P. Siekert / fred.siekert@usdoj.gov

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

None

Dated: July 19, 2004

**s/ Thomas H. Boyd**
Thomas H. Boyd, #200517
Winthrop & Weinstine, P.A.
**Attorneys for Defendant**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
tboyd@winthrop.com

2131860v1